IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BRUNSON ROBERTS,
ADC #127841                                                                    PLAINTIFF

v.                           No. 5:10-cv-174-DPM

RODERICK JOHNSON, FELICIA PIGGEE,
RICKY WEBB, DAVID TUCKER, and
ANTWON EMSWELLER                                                    DEFENDANTS

## ORDER

When the Court adopted Magistrate Judge Ray's Report and Recommendations regarding Defendants' motion for summary judgment, *Document No. 92*, it intended to withdraw the referral and preside over the case as it headed to jury trial. The Court has been handling various pre-trial matters. *E.g., Document Nos. 102 &112*. But the referral remains intact. The Court now corrects that oversight. The referral is withdrawn. The Court thanks Judge Ray for all his good work getting the case ready for trial.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

26 November 2012