# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**BRUNSON ROBERTS,**
**ADC #127841**                                                    **PLAINTIFF**

v.                                    **No. 5:10-cv-174-DPM**

**RODERICK JOHNSON and RICKY WEBB**          **DEFENDANTS**

## ORDER

The Court attaches recently received letters and materials from counsel

to this Order.  To make a complete record, the Court prefers that counsel

communicate about such matters with the Court only by filing matters in the

docket.


_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

        5 March 2013



Roberts v. Hobbs, et al 5:10CV00174
Christine Cryer
to:
grather@wlj.com, Courtney C. McLarty
03/04/2013 05:42 PM
Cc:
"dpmchambers@ared.uscourts.gov"
Hide Details
From: Christine Cryer <christine.cryer@arkansasag.gov>
To: "grather@wlj.com" <grather@wlj.com>, "Courtney C. McLarty"
<CMcLarty@wlj.com>,
Cc: "dpmchambers@ared.uscourts.gov" <dpmchambers@ared.uscourts.gov>
History: This message has been forwarded.

1 Attachment



20130304174142.pdf


Letter attached.

Christine A. Cryer
Assistant Attorney General
323 Center, Suite 200
Little Rock, Arkansas 72201
(501) 683-0958
christine.cryer@arkansasag.gov



## STATE OF ARKANSAS
### OFFICE OF THE ATTORNEY GENERAL
### DUSTIN McDANIEL

Christine A. Cryer
Assistant Attorney General

Direct dial: (501) 683-0958
Facsimile: (501) 682-2591
E-mail: christine.cryer@arkansasag.gov

March 4, 2013

Courtney C. McLarty
Gordon S. Rather, Jr.
Wright, Lindsey & Jennings
200 West Capitol Ave., Suite 2300
Little Rock, AR 72201-3699                    Via email and Regular U.S. Mail

  Re: Roberts v. Hobbs, et al., USDC 5:10cv174

Dear Courtney and Gordon:

  In preparation for next week's trial, I visited the Varner Unit today to obtain cleaner copies of the sanitation documents already in the record. As I was going through the sanitation and security records, I found a number of VSM Sanitation Rosters dated September 2009 which had not previously been produced to me. Attached is a copy of the sanitation rosters I found. I think you will agree they are relevant to the lawsuit, and as such, I intend to offer then as exhibits at trial.

  Although they are relevant, I anticipate you will object to the introduction of these records due to their late discovery. If the Court does not allow me to introduce them as exhibits, I will ask that I be allowed to use them for impeachment purposes.

  By copy of this letter to the Court, I am notifying his Honor of the document discovery, so that the issue can be addressed prior to trial.

Sincerely,

**CHRISTINE A. CRYER**
Assistant Attorney General

CAC

cc: Honorable D.P. Marshall via email w/ attachments

**Cell Block 6**

# VARNER SUPERMAX SANITATION ROSTER

Cell Bloc

DATE 9-8-09     OFFICER: COII K. Avery

| Cell | Name | ADC# | Race | Cleaning | Shower | Grooming | Other | Comments |
|------|------|------|------|----------|--------|----------|-------|----------|
| CB6-601 | R. Jones | 157288 | B | ✓ | | | | |
| CB6-602 | B. Roberts | 127841 | B | ✓ | | | | |
| CB6-603 | R. Hamel | 119952 | W | ✓ | | | | |
| CB6-604 | A. Millbrooks | 157215 | B | ✓ | | | | |
| CB6-605 | M. Davis | 127423 | B | ✓ | | | | |
| CB6-606 | R. Brinker | 129551 | B | ✓ | | | | |
| CB6-607 | M. Chretone | 134005 | B | ✓ | | | | |
| CB6-608 | W. Murry | 097878 | B | ✓ | | | | |
| CB6-609 | T. Jefferson | 082821 | B | ✓ | | | | |
| CB6-610 | I. Hawkins | 142504 | B | ✓ | | | | |
| CB6-611 | R. Scott | 108910 | B | ✓ | | | | |
| CB6-612 | L. Goston | 105879 | B | ✓ | | | | |
| CB6-613 | J. Qualls | 157268 | B | ✓ | | | | |
| CB6-614 | B. Moore | 118968 | B | ✓ | | | | |
| CB6-615 | M. Brandon | 081646 | B | ✓ | | | | |
| CB6-616 | P. Holloway | 121217 | B | ✓ | | | | |
| CB6-617 | C. Gulley | 116854 | B | ✓ | | | | |
| CB6-618 | W. Johnson | 120810 | B | ✓ | | | | |
| CB6-619 | R. Green | 117055 | B | ✓ | | | | |
| CB6-620 | L. Van | 108062 | B | ✓ | | | | |
| CB6-621 | E. Gaines | 129254 | B | ✓ | | | | |
| CB6-622 | T. O'Guinn | 138442 | B | ✓ | | | | |
| CB6-623 | F. Lamb | 119644 | W | ✓ | | | | |
| CB6-624 | J. Duckett | 113404 | B | ✓ | | | | |
| CB6-625 | K. Young | 101817 | B | ✓ | | | | |
| CB6-626 | K. Pearie | 151643 | B | ✓ | | | | |

Supervisor's Signature

Cell Block 6                     **VARNER SUPERMAX SANITATION ROSTER**                     Cell Bloc

DATE 9-8-09                                    OFFICER: Cott K. Avroy

| Cell | Name | ADC# | Race | Cleaning | Shower | Grooming | Other | Comments |
|------|------|------|------|----------|--------|----------|-------|----------|
| CB6-627 | C. Talley | 121370 | B | ✓ | | | | |
| CB6-628 | J. Venson | 108871 | B | ✓ | | | | |
| CB6-629 | D. Taylor | 109416 | W | ✓ | | | | |
| CB6-630 | P. Scott | 131042 | B | ✓ | | | | |
| CB6-631 | L. Taylor | 136924 | B | ✓ | | | | |
| CB6-632 | E. Thrower | 093062 | B | ✓ | | | | |
| CB6-633 | A. Piggee | 138070 | B | ✓ | | | | |
| CB6-634 | C. Davis | 134310 | B | ✓ | | | | |
| CB6-635 | T. Walton | 101074 | B | ✓ | | | | |
| CB6-636 | E. Whitt | 138345 | B | ✓ | | | | |
| CB6-637 | O. Wardlow | 140303 | B | ✓ | | | | |
| CB6-638 | J. Beal | 114528 | B | ✓ | | | | |
| CB6-639 | T. Boyd | 082417 | B | ✓ | | | | |
| CB6-640 | D. Shypard | 121800 | B | ✓ | | | | |
| CB6-641 | M. Simmons | 140530 | B | ✓ | | | | |
| CB6-642 | C. Newman | 136004 | B | ✓ | | | | |
| CB6-643 | N. Thompson | 120474 | B | ✓ | | | | |
| CB6-644 | J. G. Nox | 112981 | B | ✓ | | | | |
| CB6-645 | J. Powell | 118847 | B | ✓ | | | | |
| CB6-646 | S. Barber | 087336 | B | ✓ | | | | |
| CB6-647 | K. McCoy | 141058 | B | ✓ | | | | |
| CB6-648 | J. Yankaway | 102064 | B | ✓ | | | | |
| CB6-649 | P. Terry | 128868 | B | ✓ | | | | |
| CB6-650 | J. Hewitt | 119998 | B | ✓ | | | | |
| CB6-651 | L. Van Allen | 101220 | W | ✓ | | | | |
| CB6-652 | J. Davis | 134888 | B | ✓ | | | | |

Supervisor's Signature

Cell Block 6

# VARNER SUPERMAX SANITATION ROSTER

Cell Block 6

DATE 9-8-09    OFFICER: C OTT K Hurt

| Cell | Name | ADC# | Race | Cleaning | Shower | Grooming | Other | Comments |
|------|------|------|------|----------|--------|----------|-------|----------|
| CB6-653 | S. Beaver | 136948 | B | ✓ | | | | |
| CB6-654 | M. Meadows | 134096 | B | ✓ | | | | |
| CB6-655 | G. Fowler | 128232 | B | ✓ | | | | |
| CB6-656 | . Nixon | 094381 | B | ✓ | | | | |
| CB6-657 | A. Ellis | 136795 | B | ✓ | | | | |
| CB6-658 | B. Faris | 131450 | W | ✓ | | | | |
| CB6-659 | E. Cook | 120909 | B | ✓ | | | | |
| CB6-660 | S. Oxford | 144649 | W | ✓ | | | | |
| CB6-661 | D. Woods | 108614 | B | ✓ | | | | |
| CB6-662 | R. Weaver | 138075 | B | ✓ | | | | |
| CB6-663 | D. Wynn | 110789 | B | ✓ | | | | |
| CB6-664 | N. Hall | 118894 | B | ✓ | | | | |
| CB6-665 | G. Pillsbury | 135299 | W | ✓ | | | | |
| CB6-666 | C. Whitley | 128096 | W | ✓ | | | | |
| CB6-667 | M. Butler | 501820 | W | ✓ | | | | |
| CB6-668 | S. Plowers | 135069 | B | ✓ | | | | |
| CB6-669 | C. Norwood | 40057 | B | ✓ | | | | |
| CB6-670 | K. Bradley | 131671 | B | ✓ | | | | |
| CB6-671 | L. Booth | 140482 | B | ✓ | | | | |
| CB6-672 | K. Lemore | 133845 | B | ✓ | | | | |
| CB6-673 | J. Jackson | 119232 | B | ✓ | | | | |
| CB6-674 | T. Smith | 136653 | B | ✓ | | | | |
| CB6-675 | J. Coleman | 128164 | B | ✓ | | | | |
| CB6-676 | D. Body | 107442 | B | ✓ | | | | |
| CB6-677 | R. Helwing | 136749 | B | ✓ | | | | |
| CB6-678 | M. Robinson | 139742 | B | ✓ | | | | |

Supervisor's Signature

☑ = YES
☒ = NO

**DEPARTMENT OF CORRECTIONS**
**SECURITY CHECK LOG**

400-5                                          DATE: 9-11-09

## CB6 CELL C/eaN-up Chart

| Time Started | Time Ended | |
|---|---|---|
| 01 | ✓ | Rodney JONES #137288 - Black |
| 02 | ✓ | B. Roberts #127841 - Black |
| 03 | ✓ | R. Hamel #119952 - caucasian |
| 04 | ✓ | H. Millbrooks #137215 - Black |
| 05 | ✓ | M. Davis #137423 - Black |
| 06 | ✓ | R. Brisker #129531 - Black |
| 07 | ✓ | K. Chestang #134005 - Black |
| 08 | ✓ | W. murry # 097878 - Black |
| 09 | NO-X | T.C. Jefferson # 82821 - Black |
| 10 | ✓ | T. Hawkins #142524 - Black |
| 11 | NO-X | K. Scott #108913 - Black |
| 12 | NO-X | L. Goston #105879 - Black |
| 13 | NO-X | J. Qualls #137268 - Black |
| 14 | NO-X | B. Moore # 118958 - Black |
| 15 | ✓ | M. Brandon #081646 - Black |
| 16 | NO-X | P. Holloway #121217 - Black |
| 17 | NO-X | C. Gulley # 115254 - Black |
| 18 | NO-X | W. Johnson # 120860 - Black |
| 19 | ✓ | R. Green #117055 - Black |
| 20 | ✓ | L. VaN #108062 - Black |
| 21 | ✓ | E. Gaines #123239 - Black |
| 22 | ✓ | T. O'Guinn #138452 - Black |
| 23 | ✓ | J. Stephens #094967 - Black |
| 24 | NO-X | J. Duckett # 113494 - Black |
| 25 | ✓ | R. Young # 103847 - Black |
| 26 | ✓ | K. Pearce # 137692 - Black |
| 27 | ✓ | C. Talley # 121370 - Black |
| 28 | ✓ | J. VENSON # 108871 - Black |
| 29 | NO-X | D. Taylor # 109416 - Caucasian |
| 30 | NO-X | D. Scott #131042 - Black |
| 31 | ✓ | L. Taylor # 136924 - Black |
| 32 | NO-X | E. Thrower #093952 - Black |
| 33 | NO-X | A. Piggee # 138070 - Black |
| 34 | ✓ | C. Davie # 134310 - Black |
| 35 | ✓ | P. Walston # 141612 - Black |
| 36 | ✓ | E. Whitt # 133345 - Black |
| 37 | ✓ | O. Wardlow # 130703 - Black |
| 38 | ✓ | J. Beal # 114528 - Black |
| 39 | NO-X | T. Boyd # 082417 - Black |
| 40 | ✓ | D. Shepard # 127803 - Black |
| 41 | ✓ | M. Simmons # 140732 - Black |
| 42 | ✓ | C. Norman # 135864 - Black |
| 43 | ✓ | N. Thompson #128474 - Black |

Col Coltrane
_____
OFFICER SIGNATURE

400-5

☑ = YES
☒ = NO

**DEPARTMENT OF CORRECTIONS**
**SECURITY CHECK LOG**

400-5

DATE: 9-11-09

# CB6 Cell Clean-up Chart

| Started | | | |
|---|---|---|---|
| 44 | ✓ | J. Girley # 112981 — | Black |
| 45 | ✓ | J. Powell # 118847 — | Black |
| 46 | ✓ | S. Barber # 087336 — | Black |
| 47 | NO-X | L. McCoy # 106881 — | Black |
| 48 | ✓ | J. Vankaway # 132954 — | Black |
| 49 | ✓ | D. Terry # 142868 — | Black |
| 50 | ✓ | J. Hewitt # 119998 — | Black |
| 51 | NO-X | L. VanAllen # 131320 — | Caucasian |
| 52 | ✓ | S. Davis # 134888 — | Black |
| 53 | ✓ | C. Creal # 131351 — | Black |
| 54 | ✓ | M. Meadows # 134096 — | Black |
| 55 | ✓ | G. Fowler # 128222 — | Black |
| 56 | ✓ | L. Nixon # 094381 — | Black |
| 57 | ✓ | A. Ellis # 136795 — | Black |
| 58 | ✓ | B. Farris # 131950 — | Caucasian |
| 59 | NO-X | E. Cook # 120909 — | Black |
| 60 | ✓ | J. Oxford # 144649 — | Caucasian |
| 61 | NO-X | D. Woods # 108514 — | Black |
| 62 | ✓ | R. Weaver # 138075 — | Black |
| 63 | ✓ | D. Wynn # 118789 — | Black |
| 64 | NO-X | M. Hall # 078299 — | Black |
| 65 | NOX | G. Pillsbury # 135299 — | Caucasian |
| 66 | ✓ | C. Whitley # 138096 — | Caucasian |
| 67 | ✓ | M. Butler # 500230 — | Caucasian |
| 68 | NO-X | S. Flowers # 135069 — | Black |
| 69 | NO-X | C. Norwood # 140057 — | Black |
| 70 | ✓ | K. Bradley # 131571 — | Black |
| 71 | ✓ | L. Booth # 140482 — | Black |
| 72 | ✓ | K. Leflore # 133845 — | Black |
| 73 | ✓ | J. Jackson # 119222 — | Black |
| 74 | ✓ | T. Smith # 135653 — | Black |
| 75 | NO-X | J. Coleman # 128634 — | Black |
| 76 | ✓ | D. Body # 107421 — | Black |
| 77 | NOX | R. Hewing # 136749 — | Black |
| 78 | ✓ | M. Robinson # 139742 — | Black |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

CO I Coltrae
**OFFICER SIGNATURE**

400-5

Cell Block 6

# VARNER SUPERMAX SANITATION ROSTER

ell Block 6

DATE __9-14-09__   Staff OFFICER: ~~Supplies~~ _co R. Williams_

| Cell | Name | ADC# | Race | Cleaning | Shower | Grooming | Other | Comments |
|------|------|------|------|----------|--------|----------|-------|----------|
| CB6-601 | Jones, R | 137288 | | ✔ | ✔ | | | |
| CB6-602 | Roberts, B | 127841 | | ✔ | ✔ | | | |
| CB6-603 | Hamel, R | 119952 | | ✔ | ✔ | | | |
| CB6-604 | Millbrooks, A | 137215 | | ✔ | ✔ | | | |
| CB6-605 | Davis, M | 137423 | | ✔ | ✔ | | | |
| CB6-606 | Brisker, R | 129531 | | ✔ | ✔ | | | |
| CB6-607 | Chestang, R | 134005 | | ✔ | ✔ | | | |
| CB6-608 | Murry, Muhammad, W | 97878 | | ✔ | ✔ | | | |
| CB6-609 | Jefferson, T | 82821 | | ✔ | ✔ | | | |
| CB6-610 | Hawkins, T | 142524 | | ✔ | ✔ | | | |
| CB6-611 | Scott, R | 108913 | | ✔ | ✔ | | | |
| CB6-612 | Gaston, L | 105879 | | ✔ | ✔ | | | |
| CB6-613 | Qualls, J | 137268 | | R | ✔ | | | |
| CB6-614 | Moore, B | 118958 | | ✔ | ✔ | | | |
| CB6-615 | Brandon, M | 81646 | | ✔ | ✔ | | | |
| CB6-616 | Holloway, P | 21217 | | ✔ | ✔ | | | |
| CB6-617 | Gulbey, C | 115254 | | R | ✔ | | | |
| CB6-618 | Johnson, W | 120860 | | ✔ | ✔ | | | |
| CB6-619 | Green, R | 117055 | | ✔ | ✔ | | | |
| CB6-620 | Van, Lamont | 108062 | | ✔ | ✔ | | | |
| CB6-621 | Gaines, E | 123239 | | ✔ | ✔ | | | |
| CB6-622 | O'Guinn, T | 138452 | | ✔ | ✔ | | | |
| CB6-623 | Stephens, J | 94967 | | ✔ | ✔ | | | |
| CB6-624 | Duckett, J | 113494 | | R | ✔ | | | |
| CB6-625 | Young, R | 103847 | | ✔ | ✔ | | | |
| CB6-626 | Pearcie, K | 137692 | | ✔ | ✔ | | | |

Supervisor's Signature _Sgt. Spencer_

# VARNER SUPERMAX SANITATION ROSTER

Cell Block 6

Cell Block 6

DATE 9-14-09   State OFFICER: Co. K. Williams

| Cell | Name | ADC# | Race | Cleaning | Supplies Shower | Grooming | Other | Comments |
|------|------|------|------|----------|-----------------|----------|-------|----------|
| CB6-627 | Talley, C | 21370 | | ✓ | ✓ | | | |
| CB6-628 | Venson, J | 108871 | | ✓ | ✓ | | | |
| CB6-629 | Taylor, D | 109416 | | ✓ | ✓ | | | |
| CB6-630 | Scott, D | 131042 | | ✓ | ✓ | | | |
| CB6-631 | Taylor, L | 136924 | | ✓ | ✓ | | | |
| CB6-632 | Thrower, B | 93952 | | ✓ | ✓ | | | |
| CB6-633 | Piggee, A | 138070 | | ✓ | ✓ | | | |
| CB6-634 | Davie, C | 134310 | | ✓ | ✓ | | | |
| CB6-635 | Walston, P | 141612 | | ✓ | ✓ | | | |
| CB6-636 | Whitt, B | 133345 | | ✓ | ✓ | | | |
| CB6-637 | Wardlow, O | 140703 | | ✓ | ✓ | | | |
| CB6-638 | Beal, J | 114528 | | ✓ | ✓ | | | |
| CB6-639 | Boyd, T | 82417 | | R | ✓ | | | |
| CB6-640 | Shepard, W | 127803 | | R | ✓ | | | |
| CB6-641 | Simmons, M | 140732 | | ✓ | ✓ | | | |
| CB6-642 | Norman, C | 135064 | | ✓ | ✓ | | | |
| CB6-643 | Thompson, N | 120474 | | ✓ | ✓ | | | |
| CB6-644 | Girley, J | 12981 | | ✓ | ✓ | | | |
| CB6-645 | Powell, J | 118847 | | ✓ | ✓ | | | |
| CB6-646 | Barber, S | 87336 | | ✓ | ✓ | | | |
| CB6-647 | McCoy/Khabir, L | 106881 | | ✓ | ✓ | | | |
| CB6-648 | Yankaway, J | 122954 | | ✓ | ✓ | | | |
| CB6-649 | Terry, D | 112868 | | ✓ | ✓ | | | |
| CB6-650 | Hewitt, J | 119998 | | ✓ | ✓ | | | |
| CB6-651 | Van Allen, L | 131320 | | ✓ | ✓ | | | |
| CB6-652 | Davis, J | 134888 | | ✓ | ✓ | | | |

Supervisor's Signature

Cell Block 6

# VARNER SUPERMAX SANITATION ROSTER

Cell Block 6

DATE  9-14-09          state OFFICER: CO 'K. Williams

| Cell | Name | ADC# | Race | Cleaning | Supplies Shower | Grooming | Other | Comments |
|------|------|------|------|----------|-----------------|----------|-------|----------|
| CB6-653 | Creal, C | 13351 | | ✓ | ✓ | | | |
| CB6-654 | Meadows, M. | 134096 | | ✓ | ✓ | | | . |
| CB6-655 | Fowler, G | 28222 | | R | ✓ | | | |
| CB6-656 | Nixon, L | 94381 | | ✓ | ✓ | | | |
| CB6-657 | Ellis, A | 136795 | | ✓ | ✓ | | | . |
| CB6-658 | Farris, B | 131950 | | R | ✓ | | | |
| CB6-659 | Cook, E | 120909 | | R | ✓ | | | |
| CB6-660 | Oxford, J | 144649 | | R | ✓ | | | ? |
| CB6-661 | Woods, D | 108514 | | ✓ | ✓ | | | B |
| CB6-662 | Weavers, R | 130075 | | ✓ | ✓ | | | . |
| CB6-663 | Wynn, D | 118789 | | ✓ | ✓ | | | . |
| CB6-664 | Hall, M | 18599 | | ✓ | ✓ | | | |
| CB6-665 | Pillsbury, G | 135299 | | R | ✓ | | | |
| CB6-666 | Whitley, C | 138096 | | R | ✓ | | | |
| CB6-667 | Butler, M | 500230 | | R | ✓ | | | |
| CB6-668 | Flowers, S | 135069 | | R | ✓ | | | |
| CB6-669 | Norwood, C. | 140057 | | ✓ | ✓ | | | . . |
| CB6-670 | Bradley, K | 131571 | | ✓ | ✓ | | | |
| CB6-671 | Booth, L | 140482 | | R | ✓ | | | . |
| CB6-672 | Leflore, K | 133845 | | ✓ | ✓ | | | |
| CB6-673 | Jackson, J | 119222 | | ✓ | ✓ | | | |
| CB6-674 | Smith, T | 135653 | | R | ✓ | | | |
| CB6-675 | Coleman, J | 128634 | | R | ✓ | | | |
| CB6-676 | Body, D | 107421 | | ✓ | ✓ | | | |
| CB6-677 | Hewing, R | 136749 | | R | ✓ | | | |
| CB6-678 | Robinson, M | 139742 | | ✓ | ✓ | | | |

Supervisor's Signature

**Cell Block 6**  **VARNER SUPERMAX SANITATION ROSTER**  **Cell Bloc**

DATE 9/16/09   OFFICER: CO' Jones

| Cell | Name | ADC# | Race | Cleaning | Shower | Grooming | Other | Comments |
|------|------|------|------|----------|--------|----------|-------|----------|
| CB6-601 | Jones, R | 57288 | B | ✓ | | | | |
| CB6-602 | Roberts, B | 27841 | B | ✓ | | | | |
| CB6-603 | Habnel, R | 19952 | W | ✓ | | | | |
| CB6-604 | Millbrooks, A | 37215 | B | ✓ | | | | |
| CB6-605 | Davis, M | 37123 | B | ✓ | | | | |
| CB6-606 | Brisker, R | 29653 | B | ✓ | | | | |
| CB6-607 | Chastang, K | 34005 | B | ✓ | | | | |
| CB6-608 | Vacant | | | | | | | |
| CB6-609 | Jefferson, T | 82821 | B | ✓ | | | | |
| CB6-610 | Hawkins, T | 42529 | B | ✓ | | | | |
| CB6-611 | Scott, R | 10893 | B | ✓ | | | | |
| CB6-612 | Gaston, L | 05879 | B | ✓ | | | | |
| CB6-613 | Qualls, J | 37268 | B | ✓ | | | | |
| CB6-614 | Moore, B | 18958 | B | ✓ | | | | |
| CB6-615 | Brandon, M | 81191 | B | ✓ | | | | |
| CB6-616 | Holloway, P | 21217 | B | ✓ | | | | |
| CB6-617 | Robinson, M | 39742 | B | ✓ | | | | |
| CB6-618 | Johnson, W | 20860 | B | ✓ | | | | |
| CB6-619 | Green, R | 17655 | B | ✓ | | | | |
| CB6-620 | Van, L | 08062 | B | ✓ | | | | |
| CB6-621 | Gaines, E | 23239 | B | ✓ | | | | |
| CB6-622 | O'Guinn, T | 38952 | B | ✓ | | | | |
| CB6-623 | Stephens, J | 04496 | B | ✓ | | | | |
| CB6-624 | Duckett, J | 13494 | B | ✓ | | | | |
| CB6-625 | Young, R | 03847 | B | ✓ | | | | |
| CB6-626 | Heatley, R | 37692 | B | ✓ | | | | |

Supervisor's Signature  Sgt J Pelham          Sgt J Pelham

**Cell Block 6**　　　　**VARNER SUPERMAX SANITATION ROSTER**　　　　**Cell Bloc**

DATE 9/6/09　　　　OFFICER: CO L Jones

| Cell | Name | ADC# | Race | Cleaning | Shower | Grooming | Other | Comments |
|------|------|------|------|----------|--------|----------|-------|----------|
| CB6-627 | Talley, C | 125370 | B | ✓ | | | | |
| CB6-628 | Venson, J | 108871 | B | ✓ | | | | |
| CB6-629 | Taylor, D | 109416 | W | ✓ | | | | |
| CB6-630 | Scott, D | 131072 | B | ✓ | | | | |
| CB6-631 | Taylor, L | 136924 | B | ✓ | | | | |
| CB6-632 | Intower, E | 093952 | B | ✓ | | | | |
| CB6-633 | Figgee, A | 38070 | B | ✓ | | | | |
| CB6-634 | Davie, C | 34310 | B | ✓ | | | | |
| CB6-635 | Walston, P | 141612 | B | ✓ | | | | |
| CB6-636 | Whitt, E | 53395 | B | ✓ | | | | |
| CB6-637 | Wardlow, O | 40703 | B | ✓ | | | | |
| CB6-638 | Baal, J | 144528 | B | ✓ | | | | |
| CB6-639 | Boyd, T | 082917 | B | ✓ | | | | |
| CB6-640 | Shepard, D | 27803 | B | ✓ | | | | |
| CB6-641 | Simmons, M | 140732 | B | ✓ | | | | |
| CB6-642 | Norman, C | 35069 | B | ✓ | | | | |
| CB6-643 | Thompson, N | 20474 | B | ✓ | | | | |
| CB6-644 | Girley, J | 112981 | B | ✓ | | | | |
| CB6-645 | Powell, J | 18847 | B | ✓ | | | | |
| CB6-646 | Barber, S | 087336 | B | ✓ | | | | |
| CB6-647 | McConnell | 106881 | B | ✓ | | | | |
| CB6-648 | VanKanaway, J | 32959 | B | ✓ | | | | |
| CB6-649 | Terry, | 128168 | B | ✓ | | | | |
| CB6-650 | Howitt, J | 11999 | B | ✓ | | | | |
| CB6-651 | VanPelew, L | 31320 | W | ✓ | | | | |
| CB6-652 | Davis, J | 34888 | B | ✓ | | | | |

Supervisor's Signature

**Cell Block 6**

# VARNER SUPERMAX SANITATION ROSTER

Cell Bloc

DATE 9/16/09   OFFICER: CO C. Jones

| Cell | Name | ADC# | Race | Cleaning | Shower | Grooming | Other | Comments |
|------|------|------|------|----------|--------|----------|-------|----------|
| CB6-653 | Creal, C | 31351 | B | ✓ | | | | |
| CB6-654 | Meadows, M | 31096 | B | ✓ | | | | |
| CB6-655 | Fowler, G | 28222 | B | ✓ | | | | |
| CB6-656 | Nixon, L | 09438 | B | ✓ | | | | |
| CB6-657 | Ellis, A | 36795 | B | ✓ | | | | |
| CB6-658 | Farris, B | 31950 | W | ✓ | | | | |
| CB6-659 | Cook, E | 120909 | B | ✓ | | | | |
| CB6-660 | Oxford, J | 144619 | W | ✓ | | | | |
| CB6-661 | Woods, D | 108514 | B | ✓ | | | | |
| CB6-662 | Weaver, R | 138075 | B | ✓ | | | | |
| CB6-663 | Wynn, D | 118789 | B | ✓ | ✓ | | | |
| CB6-664 | Hall, M | 078299 | B | ✓ | | | | |
| CB6-665 | Pillsbury, G | 135299 | W | ✓ | | | | |
| CB6-666 | Whitley, C | 38096 | W | ✓ | | | | |
| CB6-667 | Butler, M | 500230 | W | ✓ | | | | |
| CB6-668 | Flowers, S | 35069 | B | ✓ | | | | |
| CB6-669 | Vacant | | | | | | | |
| CB6-670 | Bradley, R | 31571 | B | ✓ | | | | |
| CB6-671 | Booth, L | 140982 | B | ✓ | | | | |
| CB6-672 | LeFlore, R | 33875 | B | ✓ | | | | |
| CB6-673 | Jackson, J | 119222 | B | ✓ | | | | |
| CB6-674 | Smith, T | 135153 | B | ✓ | | | | |
| CB6-675 | Coleman, J | 128137 | B | ✓ | | | | |
| CB6-676 | Brown, D | 107721 | B | ✓ | | | | |
| CB6-677 | Hawing, R | 36799 | B | ✓ | | | | |
| CB6-678 | Robinson, M | 39742 | B | ✓ | | | | |
| | Billups, T | 130419 | B | | | | | |

Supervisor's Signature

Cell Block 6    # VARNER SUPERMAX SANITATION ROSTER    .ell Block 6

DATE  09-23-09                OFFICER: Cpl P. John___

| Cell | Name | ADC# | Race | Cleaning | Shower | Grooming | Other | Comments |
|------|------|------|------|----------|--------|----------|-------|----------|
| CB6-601 | Johnson, 6 | 95145 | | ✓ | | | | |
| CB6-602 | Robert | 127341 | | ✓ | | | | |
| CB6-603 | Hemel | 119452 | | ✓ | | | | |
| CB6-604 | Millbrooks. | 137215 | | ✓ | · | | | |
| CB6-605 | Davis | 137423 | | ✓ | | | | |
| CB6-606 | Brisher | 129531 | | ✓ | | | | |
| CB6-607 | Chestang | 134005 | | ✓ | | | | |
| CB6-608 | Jones | 139723 | | ✓ | | | | |
| CB6-609 | Jefferson | 082821 | | ✓ | | | | |
| CB6-610 | Hawkins | 142524 | | ✓ | | | | |
| CB6-611 | Scott | 108913 | | ✓ | | | | |
| CB6-612 | Gaston | 105879 | | ✓ | | | | |
| CB6-613 | Quelle | 137268 | | ✓ | | | | |
| CB6-614 | Moore | 118958 | | ✓ | | | | |
| CB6-615 | Brandon | 81646 | | ✓ | | | | |
| CB6-616 | Holloway | 121217 | | ✓ | | | | |
| CB6-617 | Robinson | 134742 | | ✓ | | | | |
| CB6-618 | Johnson | 120860 | | ✓ | | | | |
| CB6-619 | Green | 117055 | | ✓ | | | | |
| CB6-620 | Vea | 108062 | | ✓ | | | | |
| CB6-621 | Carver | 123239 | | R | | | | |
| CB6-622 | O'Guinn | 138452 | | ✓ | | | | |
| CB6-623 | Stephens | 94961 | | ✓ | | | | |
| CB6-624 | Duckett | 113494 | | ✓ | | | | |
| CB6-625 | Young | 103847 | | ✓ | | | | |
| CB6-626 | Ellis | 78658 | | ✓ | | | | |

Supervisor's Signature

Cell Block 6

# VARNER SUPERMAX SANITATION ROSTER

Cell Block 6

DATE _9-23-09_   OFFICER: _Co ² P. Joh_____

| Cell | Name | ADC# | Race | Cleaning | Shower | Grooming | Other | Comments |
|------|------|------|------|----------|--------|----------|-------|----------|
| CB6-627 | Tadley | 121370 | | ✓ | | | | |
| CB6-628 | Venson | 108-771 | | / | | | | |
| CB6-629 | Tacyor | 109416 | | / | | | | |
| CB6-630 | Scott | 131042 | | / | | | | |
| CB6-631 | Taylor | 136524 | | / | | | | |
| CB6-632 | Thrower | 093952 | | R / | | | | |
| CB6-633 | Piggue | 138070 | | / | | | | |
| CB6-634 | Davis | 134710 | | / | | | | |
| CB6-635 | | | | / | | | | |
| CB6-636 | Whitt | 133345 | | / | | | | |
| CB6-637 | Wardlow | 140703 | | / | | | | |
| CB6-638 | Beal | 114528 | | / | | | | |
| CB6-639 | Boyd | 82417 | | / | | | | |
| CB6-640 | Shepard | 127867 | | / | | | | |
| CB6-641 | Simmons | 140732 | | / | | | | |
| CB6-642 | Norman | 135064 | | / | | | | |
| CB6-643 | Thompson | 120474 | | / | | | | |
| CB6-644 | Corley | 112981 | | / | | | | |
| CB6-645 | Powell | 118847 | | / | | | | |
| CB6-646 | Barber | 87336 | | / | | | | |
| CB6-647 | McCoy | 166881 | | / | | | | |
| CB6-648 | Vanderway | 132454 | | / | | | | |
| CB6-649 | Terry | 112867 | | / | | | | |
| CB6-650 | Hewitt | 119998 | | / | | | | |
| CB6-651 | Van Allen | 171720 | | / | | | | |
| CB6-652 | Davis | 174887 | | ✓ | | | | |

Supervisor's Signature

Cell Block 6

# VARNER SUPERMAX SANITATION ROSTER

Cell Block 6

DATE 9-23-09          OFFICER: Co 2 P. John___

| Cell | Name | ADC# | Race | Cleaning | Shower | Grooming | Other | Comments |
|------|------|------|------|----------|--------|----------|-------|----------|
| CB6-653 | Creal | 171351 | | ✓ | | | | |
| CB6-654 | Meadows | 134096 | | ✓ | | | | . |
| CB6-655 | Fowler | 128222 | | ✓ | | | | |
| CB6-656 | Avroo | 94381 | | ✓ | . | | | |
| CB6-657 | Ellis | 136755 | | ✓ | | | | |
| CB6-658 | Ferris | 131950 | | ✓ | | . | | |
| CB6-659 | Coch | 120909 | | ✓ | | | | ¡ |
| CB6-660 | Oxford | 146649 | | ✓ | | | | |
| CB6-661 | Weeds | 108514 | | ✓ | | . | | |
| CB6-662 | Venver | 138675 | | ✓ | . | | | . |
| CB6-663 | Wynn | 118789 | | ✓ | | | | . |
| CB6-664 | Hall | 78299 | | ✓ | | | | . |
| CB6-665 | Pillsbury | 135299 | | ✓ | | . | | |
| CB6-666 | Whitley | 178096 | | ✓ | | | | |
| CB6-667 | Butler | 500230 | | ✓ | | | . | |
| CB6-668 | Flowers | 175069 | | ✓ | | | | |
| CB6-669 | Muup | 172688 | | ✓ | | | | . . . |
| CB6-670 | Bradley | 171371 | | ✓ | | | | |
| CB6-671 | Booth | 140482 | | ✓ | | | | ¡ |
| CB6-672 | LeFlore. | 173845 | | ✓ | . | | | . |
| CB6-673 | Jackson | 119222 | | ✓ | | | | |
| CB6-674 | Smith | 075657 | | ✓ | | . | . | |
| CB6-675 | Halbrooks | 120828 | | ✓ | | | | . |
| CB6-676 | Body | 107421 | | ✓ | | | | |
| CB6-677 | Hawing | 136749 | | ✓ | | | | |
| CB6-678 | Phillips | 130419 | | | | | | |

Supervisor's Signature

# VARNER SUPERMAX SANITATION ROSTER

DATE __9-28-09__    OFFICER: _Co2 P. Johnson_

| Cell | Name | ADC# | Race | Cleaning | Shower | Grooming | Other | Comments |
|------|------|------|------|----------|--------|----------|-------|----------|
| CB6-601 | Johnson | 95145 | | ✓ | | | | |
| CB6-602 | Roberts | 12784 | | ( | | | | |
| CB6-603 | Harrel | 119952 | | | | | | |
| CB6-604 | Millbrooks | 137215 | | | | | | |
| CB6-605 | Davis | 137425 | | | | | | |
| CB6-606 | Brooker | 129531 | | | | | | |
| CB6-607 | Chestang | 194005 | | | | | | All I/M |
| CB6-608 | Jones | 139723 | | | | | | |
| CB6-609 | Jefferson | 82821 | | | | | | |
| CB6-610 | Ashford | 133975 | | | | | | Changed |
| CB6-611 | Scott | 108913 | | | | | | |
| CB6-612 | Gaston | 105819 | | | | | | cells |
| CB6-613 | Qualls | 137268 | | | | | | |
| CB6-614 | Moore | 718958 | | | | | | |
| CB6-615 | Brandon | 81646 | | | | | | |
| CB6-616 | Holloway | 121217 | | | | | | |
| CB6-617 | Robinson | 139742 | | | | | | |
| CB6-618 | Johnson | 120860 | | | | | | |
| CB6-619 | Green | 117055 | | | | | | |
| CB6-620 | Von | 108062 | | | | | | |
| CB6-621 | Conner | 133234 | | | | | | |
| CB6-622 | O'Guinn | 138452 | | | | | | |
| CB6-623 | Stephens | 94967 | | | | | | |
| CB6-624 | Duckett | 113494 | | | | | | |
| CB6-625 | Young | 103847 | | | | | | |
| CB6-626 | Ellis | 78658 | | | | | | |

Supervisor's Signature _Gary Tucker_

Cell Block 6

# VARNER SUPERMAX SANITATION ROSTER

Cell Block 6

DATE 9-28-09          OFFICER: Co 2 P. Johnson

| Cell | Name | ADC# | Race | Cleaning | Shower | Grooming | Other | Comments |
|------|------|------|------|----------|--------|----------|-------|----------|
| CB6-627 | Talley | 121370 | | ✓ | | | | |
| CB6-628 | Venson | 108771 | | 1 | | | | |
| CB6-629 | Taylor | 109416 | | | | | | |
| CB6-630 | Scott | 131042 | | | | | | |
| CB6-631 | Taylor | 136924 | | | | | | |
| CB6-632 | Thrower | 93952 | | | | | | |
| CB6-633 | Riggee | 138670 | | | | | | |
| CB6-634 | Davie | 134710 | | | | | | |
| CB6-635 | Hawkins | 142524 | | | | | | |
| CB6-636 | Lefett | 137345 | | | | | | |
| CB6-637 | Wardlow | 140703 | | | | | | |
| CB6-638 | Beal | 114528 | | | | | | |
| CB6-639 | Boyd | 082417 | | | | | | |
| CB6-640 | Shepard | 127863 | | | | | | |
| CB6-641 | Simmons | 140772 | | | | | | |
| CB6-642 | Morgan | 135064 | | | | | | |
| CB6-643 | Thompson | 120474 | | | | | | |
| CB6-644 | Girter | 112981 | | | | | | |
| CB6-645 | Powell | 118847 | | | | | | |
| CB6-646 | Barber | 087376 | | | | | | |
| CB6-647 | McCoy | 106881 | | | | | | |
| CB6-648 | Yarkaway | 132954 | | | | | | |
| CB6-649 | Terry | 112863 | | | | | | |
| CB6-650 | Hewitt | 119998 | | | | | | |
| CB6-651 | Vanallen | 131320 | | | | | | |
| CB6-652 | Davis | 134888 | | | | | | |

Supervisor's Signature

Cell Block 6.

# VARNER SUPERMAX SANITATION ROSTER

Cell Block 6

DATE 9-28-09     OFFICER: Cl. D. Johnson

| Cell | Name | ADC# | Race | Cleaning | Shower | Grooming | Other | Comments |
|------|------|------|------|----------|--------|----------|-------|----------|
| CB6-653 | Lveal | 131351 | | / | | | | |
| CB6-654 | Meadows | 134096 | | | | | | |
| CB6-655 | Fowler | 123222 | | | | | | |
| CB6-656 | Nixon | 654371 | | | | | | |
| CB6-657 | Ellis | 136795 | | | | | | |
| CB6-658 | Farris | 131956 | | | | | | |
| CB6-659 | Cook | 120904 | | | | | | |
| CB6-660 | Oxford | 144649 | | | | | | |
| CB6-661 | Woods | 108514 | | | | | | |
| CB6-662 | Weaver | 138675 | | | | | | |
| CB6-663 | Wynn | 118789 | | | | | | |
| CB6-664 | Hall | 78244 | | | | | | |
| CB6-665 | Allsberry | 175299 | | | | | | |
| CB6-666 | Whitley | 138696 | | | | | | |
| CB6-667 | Butler | 500130 | | | | | | |
| CB6-668 | Flowers | 135069 | | | | | | |
| CB6-669 | Max | 132687 | | | | | | |
| CB6-670 | Bradley | 171571 | | | | | | |
| CB6-671 | Booth | 140482 | | | | | | |
| CB6-672 | LeFlore | 177845 | | | | | | |
| CB6-673 | Jackson | 119222 | | | | | | |
| CB6-674 | Smith | 135453 | | | | | | |
| CB6-675 | Holbrook | 120829 | | | | | | |
| CB6-676 | Body | 167421 | | | | | | |
| CB6-677 | Waring | 136949 | | | | | | |
| CB6-678 | Billups | 130415 | | | | | | |

Supervisor's Signature



RE: Roberts v. Hobbs, et al 5:10CV00174
Gordon S. Rather, Jr.
to:
'Christine Cryer', Courtney C. McLarty
03/04/2013 06:17 PM
Cc:
"dpmchambers@ared.uscourts.gov"
Hide Details
From: "Gordon S. Rather, Jr." <GRather@wlj.com>
To: 'Christine Cryer' <christine.cryer@arkansasag.gov>, "Courtney C. McLarty"
<CMcLarty@wlj.com>,
Cc: "dpmchambers@ared.uscourts.gov" <dpmchambers@ared.uscourts.gov>
History: This message has been forwarded.

Christine

The plaintiff understandably objects to any use of documents that should have been produced in discovery, that should have been produced in response to requests contained in deposition notices, and that have not been listed in pretrial disclosures. Fairness and the Federal Rules required their production.

The problems with the medical records caused a considerable amount of additional work for appointed counsel as you are well aware. To now come up with sanitation records when that has been the focus of this case from the beginning is a real concern to say the least.

We are preparing for trial with the understanding that the witnesses and exhibits are those that have previously been disclosed. We ask that these sanitation records  not be mentioned or used for any purpose until Judge Marshall has ruled on them after a hearing on why the defendants should be allowed to rely on evidence that has never been disclosed throughout an exhaustive discovery process.

We trust you appreciate the position of the plaintiff and his Court appointed counsel.

I am only copying the Court with this correspondence because you included the Court in yours.

Gordon

## Gordon S. Rather, Jr.
Wright, Lindsey & Jennings LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
Main:   (501) 371-0808
Direct: (501) 212-1267
FAX:    (501) 376-9442
www.wlj.com



**From:** Christine Cryer [mailto:christine.cryer@arkansasag.gov]
**Sent:** Monday, March 04, 2013 5:43 PM
**To:** Gordon S. Rather, Jr.; Courtney C. McLarty