IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BRUNSON ROBERTS,
ADC #127841                                                                                    PLAINTIFF

No. 5:10-cv-174-DPM

RODERICK JOHNSON AND
RICKY WEBB                                                                                    DEFENDANTS

ORDER

This case is scheduled for a jury trial on Monday, 11 March 2013, at the Richard Sheppard Arnold United States Courthouse, Courtroom 1-A, 500 West Capitol Avenue, Little Rock, Arkansas.

The Arkansas Department of Correction (ADC) is directed to ensure the attendance of Plaintiff Brunson Roberts (ADC #127841), Tucker Unit, at 8:15 a.m. on 11 March 2013 and each day thereafter until completion of the trial.

The Arkansas Department of Correction is further directed to send with Plaintiff his complete institutional and medical files.

So Ordered.

*/s/ DP Marshall Jr.*

D.P. Marshall Jr.
 United States District Judge

5 March 2013