IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BRUNSON ROBERTS
ADC #127841                                                                           PLAINTIFF

v.                              No. 5:10-cv-174-DPM

RODERICK JOHNSON and RICKY WEBB                            DEFENDANTS

ORDER

Motion for reconsideration, № 172, granted. Completed *in forma pauperis* application, including the prison account statement, must be filed by 25 September 2013. The Court will reevaluate the payment schedule in due course if Roberts supplements the record.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

  12 September 2013